**United States District Court for the Southern District of Iowa**

Presiding: Honorable                                                     :

Criminal No.                          :    Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs.

| | | |
|---|---|---|
| Gov. Atty(s): | : | Indictment    Superseding Indictment    Information |
| Def. Atty(s): | : | Complaint    Warrant    Summons |
| Def. Appears: In Person    Video Conference | : | Code Violation/Offense: |
| All Parties Consent to Video Proceeding | : | |
| Court Reporter: | : | |
| Interpreter: | : | |
| Interpreter Sworn | | |

Date:

Initial Appearance Start Time:          Arraignment Start Time:          End Time:

### Initial Appearance

Defendant Advised of Rights:                    Rule 5 Admonition Given

Advised of Consular Notification Rights          Requesting Consular Notification    Yes    No

Representation:   Appointed FPD        Appointed CJA        Retained Counsel

Next Court Event:   Preliminary        Arraignment        Removal Hearing

   Set for:

### Arraignment

| | | |
|---|---|---|
| Trial Scheduled for: | : | Advised of Charges/Maximum Penalties |
| Rule 16 Material due: | : | Indicted in True Name |
| Reciprocal Discovery due: | : | True Name: |
| Pretrial Motions due: | : | Reading of Indictment Waived |
| Plea Notification Deadline: | : | Plea of Not Guilty Accepted as to Ct(s): |
| Plea Entry Deadline: | : | Denied Forfeiture |
| Status/Scheduling Conference (Counsel Only): | : | Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG. |

### Custody Status

Government Moved for Detention            Defendant Waived Detention Hearing

Defendant Waived Preliminary Examination      Court Ordered Defendant:   Released on bond      Detained

Detention Hearing Set:                    Revocation Hearing Set:

Before:                              Before:

Room:        Video Conference          Courthouse:              Room:

_____

Deputy Clerk